IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-CR-00291-03, 06-BCW |
| | ) | |
| T. CAMERON JONES, and | ) | |
| HARRY NAJIM, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #256) denying Defendant Harry Najim's Motion to Suppress Wiretap Evidence (Doc. #201), and Defendant T. Cameron Jones' Motion to Suppress Wiretap Evidence (Doc. #239). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #256), Defendant Harry Najim's Motion to Suppress Wiretap Evidence (Doc. #201) is DENIED. It is further

ORDERED for the reasons stated in the Report and Recommendation (Doc. #256), Defendant T. Cameron Jones' Motion to Suppress Wiretap Evidence (Doc. #239) is DENIED. It is further

ORDERED that Magistrate Judge Hays' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>February 10, 2015</u>  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT